# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST DWAYNE RILEY, | : | Civil No. 3:21-cv-85 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| ATTORNEY GENERAL WILLIAM BARR, et al., | : | FILED SCRANTON JUL 16 2021 |
| Defendants | : | PER _____ DEPUTY CLERK |

## ORDER

**AND NOW**, this 16th day of July, 2021, upon consideration of Plaintiff's unopposed motion (Doc. 22) for leave to amend the complaint, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 22) is **GRANTED**.

2. Plaintiff's additional facts (Doc. 23) are accepted as filed.

_____
Robert D. Mariani
United States District Judge