IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST DWAYNE RILEY, | : | Civil No. 3:21-cv-85 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| ATTORNEY GENERAL WILLIAM BARR, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 22ND day of July, 2021, upon consideration of Plaintiff's motions to appoint counsel (Doc. 4) and for class certification (Doc. 2), and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 4) to appoint counsel is **DENIED** without prejudice.

2. The motion (Doc. 2) for class certification is **DENIED**.

Robert D. Mariani
United States District Judge