IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERNEST DWAYNE RILEY,  :  Civil No. 3:21-cv-85
    Plaintiff  :  (Judge Mariani)
    v.  :
ATTORNEY GENERAL WILLIAM BARR, :
*et al.*,  :
    Defendants  :

FILED
SCRANTON
OCT 26 2021
Per _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 26th day of October, 2021, upon consideration of Plaintiff's motion (Doc. 30) to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 30) is **GRANTED**.

2. The above-captioned action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge